AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

FILED
2015 DEC 30 P 1: 18
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| FN AMERICA, LLC And FN HERSTAL, S.A. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:15cv1712 |
| CLYDE ARMORY, INC. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PLAINTIFFS, FN AMERICA, LLC And FN HERSTAL, S.A.

Date: 12/30/2015

*Attorney's signature*

Donald L. Dennison, Virginia Bar No. 6487
*Printed name and bar number*

Ladas & Parry LLP
1727 King Street, Suite 105
Alexandria, VA 22314
*Address*

ddennison@ladas.com
*E-mail address*

(703) 837-9600
*Telephone number*

(703) 837-0980
*FAX number*