**FILED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
_____ DIVISION

2015 DEC 30 P 1: 18

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

FN AMERICA, LLC And FN HERSTAL, S.A.

vs.

CLYDE ARMORY, INC.

Civil/Criminal Action No.: 1:15CV1712

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for PLAINTIFFS, FN AMERICA, LLC And FN HERSTAL, S.A.

in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:

FN Herstal, S.A. has no parent corporations and it is the parent of its subsidiary the other Plaintiff, FN America, LLC and no publicly held company owns 10% or more of the stock of the parent corp.

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for

_____

in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:

_____

_____

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for

_____

in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

Dec. 30, 2015                                    _____
Date                                             Signature of Attorney or Litigant
                                                 Counsel for PLAINTIFFS, FN AMERICA, LLC And
                                                          FN HERSTAL, S.A.

Rev. 7/14/04